**Order filed, April 26, 2016.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-16-00023-CV

————————

**IN THE INTEREST OF D.R.G., A MINOR, Appellant**

**V.**

**, Appellee**

---

**On Appeal from the 246th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-09649**

---

## ORDER

The reporter's record in this case was due **April 18, 2016**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Chelsea Erickson**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM